Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                                      Case No. A04-059 CR (RRB)

Mohammad Malik

On June 22, 2005, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. All fines, fees, and restitution payments have been made. It is accordingly recommended that Mohammad Malik be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 16 day of June, 20 06.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge