PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Taeyul Choi                              Case Number: A04-059 CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   January 24, 2005

Original Offense:   Fals Statements to a Financial Institution

Original Sentence:   Three days jail, three years supervised release

Date Supervision Commenced: January 24, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall complete no more than 90 days home confinement with Electric Monitoring and shall follow all rules of the Electric Monitoring program. The defendant will pay for the program and will be allowed out to work, medical purposes, religious purposes, and as otherwise directed by the probation officer.

### CAUSE

The defendant possessed and consumed methamphetamine on or about November 29, 2006.

Respectfully submitted,

*REDACTED*

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  December 8, 2006

-1-

*Request for Modification of Conditions or Term*
*Name of Offender* : Taeyul Choi
*Case Number* : A04-059 CR (RRB)

Approved by:

*REDACTED*
---
Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other:

_____

*REDACTED*
---
Ralph R. Beistline
U.S. District Court Judge

Date: 12/6/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Taeyul Choi**                                            **Docket No. A04-059 CR (RRB)**

    I, _Taeyul Choi_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall complete no more than 90 days home confinement with Electric Monitoring and shall follow all rules of the Electric Monitoring program. The defendant will pay for the program and will be allowed out to work, medical purposes, religious purposes, and as otherwise directed by the probation officer.

Signed: _[signature]_                                             Date: _12-5-06_
           Taeyul Choi
           Probationer or Supervised Releasee

Witness: _REDACTED_                                          Date: _12-5-06_
            Travis Lyons
            U.S. Probation/Pretrial Services Officer